```
                   UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF FLORIDA
                         TAMPA DIVISION
```

PALMWOOD CONSTRUCTION LLC,
a Florida limited liability
corporation,

        Plaintiff,

v.                                          Case No. 8:11-cv-897-T-33AEP

MPH INVESTMENTS, LLC, a
Florida limited liability
corporation, P.A.R. CUSTOM
DRAFTING, INC., a Florida
corporation, PHILLIP ROUSH,
an individual, LARRY RAY
ALLIO, an individual, and ELLEN
C. ALLIO, an individual,

        Defendants.
_____/

**STIPULATED PERMANENT INJUNCTION AND DISMISSAL**

    This matter comes before the Court pursuant to Palmwood Construction LLC and MPH Investments LLC's Stipulated Motion for a Permanent Injunction and Order of Dismissal with Prejudice (Doc. # 12), which was filed on August 22, 2011. These parties advise the Court that they have reached a settlement.

    Accordingly, it is

    **ORDERED, ADJUDGED,** and **DECREED**:

1. Palmwood Construction has alleged that MPH Custom Homes constructed a house at 10462 Canary Avenue, Weeki Wachee, Florida in accordance with a copyrighted technical

drawing and architectural work belonging to Plaintiff.

2. Palmwood Construction and MPH Custom Homes are entering into this Stipulated Motion and Request for Permanent Injunction and Dismissal with Prejudice Order solely for the purposes of resolving the present litigation.

3. Palmwood Construction owns and has standing to sue for infringement of Copyright Certificates of Registration VA 1-740-744 and VA 1-740-248 for the technical drawing and architectural work respectively (Palmwood Construction's Copyrights).

4. MHP Custom Homes does not contest the validity and enforceability of Palmwood Construction's Copyrights.

5. The Stipulated Motion and Request for a Permanent Injunction and Dismissal with Prejudice Order shall be binding upon and shall inure to the benefit of Palmwood Construction and MPH Custom Homes as well as each of their respective subsidiaries, corporate parents, affiliates, and/or successors and assigns.

6. All claims between Palmwood Construction and MPH Custom Homes are hereby dismissed with prejudice, with each party to bear its own costs and attorney's fees. This action shall remain pending as between Palmwood Construction and the remaining Defendants.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>24th</u> day of August, 2011.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel of Record