UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PALMWOOD CONSTRUCTION LLC,
a Florida limited liability
corporation,

       Plaintiff,
v.                                 Case No. 8:11-cv-897-T-33AEP

MPH INVESTMENTS, LLC, a
Florida limited liability
corporation, P.A.R. CUSTOM
DRAFTING, INC., a Florida
corporation, PHILLIP ROUSH,
an individual, LARRY RAY
ALLIO, an individual, and ELLEN
C. ALLIO, an individual,

       Defendants.
_____/

**STIPULATED PERMANENT INJUNCTION AND DISMISSAL**

This matter comes before the Court pursuant to Plaintiff Palmwood Construction LLC and Defendants P.A.R. Custom Drafting, Inc. and Phillip Roush's Stipulated Motion for a Permanent Injunction and Order of Dismissal with Prejudice (Doc. # 32), which was filed on May 24, 2012. These parties advise the Court that they have reached a settlement and agree to the terms of a permanent injunction. The Court grants the Motion and approves the permanent injunction.

    Accordingly, it is

    **ORDERED, ADJUDGED,** and **DECREED**:

1.    Palmwood Construction has alleged that P.A.R. and Roush

    prepared technical drawings for a dwelling to be constructed at 10462 Canary Avenue, Weeki Wachee, Florida in accordance with a copyrighted technical drawing and architectural work belonging to Plaintiff.

2. Palmwood Construction and Defendants P.A.R. and Roush are entering into this Stipulated Motion and Request for Permanent Injunction and Dismissal with Prejudice Order solely for the purposes of resolving the present litigation.

3. Palmwood Construction owns and has standing to sue for infringement of Copyright Certificates of Registration VA 1-740-744 and VA 1-740-248 for the technical drawing and architectural work respectively (Palmwood Construction's Copyrights).

4. Defendants P.A.R. and Roush do not contest the validity and enforceability of Palmwood Construction's Copyrights.

5. The Stipulated Motion and Request for a Permanent Injunction and Dismissal with Prejudice Order shall be binding upon and shall inure to the benefit of Palmwood Construction and Defendants P.A.R. and Roush as well as each of their respective subsidiaries, corporate parents, affiliates, and/or successors and assigns.

6. All claims between Palmwood Construction and Defendants

P.A.R. and Roush are hereby dismissed with prejudice, with each party to bear its own costs and attorney's fees.  This action shall remain pending as between Palmwood Construction and the remaining Defendants, Larry Ray Allio and Ellen C. Allio.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>25th</u> day of May, 2012.

                                                            VIRGINIA M. HERNANDEZ COVINGTON
                                                                UNITED STATES DISTRICT JUDGE

Copies: All Counsel of Record